| AUSA: | Nicholas McIntyre | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Task Force Officer: | Matthew Baker | Telephone: | (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Roland Alan Feigel

Case No. 2:26-mj-30067
Judge: Unassigned,
Filed: 02-09-2026 At 04:21 PM
CMP USA V. FEIGEL (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 4, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C § 924(e) | An armed career criminal |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew Baker, Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 9, 2026

_Judge's signature_

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Task Force Officer Matthew Baker, being duly sworn, depose and state the following:

**I.     INTRODUCTION**

1. I have been a Task Force Officer with the Federal Bureau of Investigation (FBI) since September 2025, and a Police Officer in the City of Dearborn since August 2015. I am currently assigned to the FBI Detroit Violent Crime Task Force (VCTF). I have conducted or assisted in numerous investigations of federal violations, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

3. FBI is currently conducting a criminal investigation concerning Roland Alan FEIGEL for violations of 18 U.S.C. § 922 (g)(1), as a felon in possession of a firearm; and 18 U.S.C. § 924(e) as an armed career criminal.

## II.   PROBABLE CAUSE

4. On February 4, 2026, at approximately 7:26 PM, officers from the Taylor Police Department responded to a mobile home park on Beech Daly Road in Taylor, Michigan to investigate the domestic assault of Adult Victim 1 (AV-1). Responding officers spoke AV-1's relative, Witness-1. Witness-1 reported to officers that they believed AV-1 was in Roland FEIGEL's trailer and that they knew FEIGEL to carry firearms.

5. Officers spoke with FEIGEL. FEIGEL told officers AV-1 was not at the trailer and had not been there since September 2025. FEIGEL consented to a search of his trailer.

6. An officer searched FEIGEL's trailer. While searching a bedroom closet, the officer found AV-1, hiding. AV-1's face was covered in purple and yellow bruises, and her eyes were swollen shut. The officer also observed bruising on AV-1's ears, bruising on her right knuckle, and a laceration on her left forearm.

7. Upon locating AV-1 and seeing the extent of her injuries, officers walked into the living room where FEIGEL was seated and placed him under arrest. Immediately upon being handcuffed, FEIGEL, who previously told officers AV-1 was not at the trailer, stated "That wasn't me. Ask her. Ask her."

8. Officers spoke with AV-1. After speaking with AV-1, officers recovered a Glock 19, 9mm handgun from a bedroom closet where the firearm was hidden. Officers also recovered a magazine loaded with 12 live rounds of

ammunition located under the television. AV-1 reported it was the same firearm FEIGEL used to pistol-whip her on New Year's Eve.

9. On February 6, 2026, I contacted an ATF Special Agent who is an Interstate Nexus Expert and provided information about the Glock 19, 9mm handgun. The ATF Special Agent concluded that the firearm is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3) and was manufactured outside the State of Michigan, and therefore previously traveled in interstate or foreign commerce.

10. I reviewed records related to FEIGEL's criminal history and learned the following:

    a. On or about June 27, 2008, FEIGEL was charged with one count of home invasion—first degree in Wayne County's Third Circuit Court. On July 23, 2008, FEIGEL pleaded guilty as charged. On September 16, 2008, FEIGEL was sentenced to a term of one year incarceration.

    b. On or about November 12, 2018, FEIGEL was charged with assault with intent to do great bodily harm, interfering with a crime report, and domestic violence in Wayne County's Third Circuit Court. On February 8, 2019, FEIGEL pleaded guilty to assault with intent to do great bodily harm. On March 11, 2019, FEIGEL was sentenced to a term of three years' probation.

3

      c.      On or about September 10, 2024, FEIGEL was charged with assault with intent to do great bodily harm and domestic violence in Wayne County's Third Circuit Court. On April 4, 2025, FEIGEL pleaded guilty to assault with intent to do great bodily harm. On April 25, 2025, FEIGEL was sentenced to a term of one year incarceration with the Wayne County Jail, followed by three years' probation. FEIGEL is on probation for this offense.

      d.      On or about November 4, 2024, FEIGEL was charged with assault with intent to do great bodily harm, felonious assault, reckless use of a firearm, and domestic violence in Wayne County's Third Circuit Court. However, this case was dismissed as part of a plea agreement.

11.    Based on FEIGEL's prior felony convictions, there is probable cause to believe that FEIGEL knew he had previously been convicted of a felony.

12.    Further, FEIGEL has been convicted of at least three different offenses—each qualifying under 18 U.S.C. § 924(e)(1) as violent felonies—committed on occasions different from one another.

## III.  CONCLUSION

13.    Based upon the aforementioned facts stated herein, there is probable cause to believe FEIGEL, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock 19, 9mm handgun, said firearm

having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). Further, there is probable cause to believe that prior to February 4, 2026, FEIGEL had been convicted of at least three different offenses—each qualifying under 18 U.S.C. § 924(e)(1) as violent felonies—committed on occasions different from one another. These violations occurred on or about February 4, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

_____
Matthew Baker, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Elizabeth Stafford
United States Magistrate Judge

Dated:   February 9, 2026

5